UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
FORT WAYNE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| v. | ) Cause No. 1:07-CR-68-HAB |
| | ) |
| TAUREAN HAYDEN | ) |
| | ) |

**OPINION AND ORDER**

Defendant Taurean Hayden has requested early termination of his supervised release. (ECF Nos. 193, 196). Before the ink was dry on his requests, he was arrested allegedly walking armed and naked in a Fort Wayne neighborhood and charged with murder. (Probation Filings, ECF Nos. 195, 199; Allen County Superior Court, Case No.: 02D06-2503-MR-8.). Needless to say, both probation and the Government object to Hayden's requests.

Title 18 of the United States Code, Section 3583(e) governs both early termination and modification of terms of supervised release. The statute provides that a court may, after considering factors set forth in 18 U.S.C. § 3553(a), terminate supervised release early or modify the conditions of it. 18 U.S.C § 3583(e). After considering the § 3553(a) factors, the court may terminate said term if the following conditions are met: (1) the defendant has served at least one year of supervision; (2) the government is given notice and an opportunity to be heard; and (3) termination is in the interest of justice based on the pertinent § 3553(a) factors and the defendant's conduct. 18 U.S.C. § 3583(e)(1); *see United States v. O'Hara*, No. 00-CR-170, 2011 WL 4356322, at *3 (E.D. Wis. Sept. 16, 2011). Given that the Defendant is in state custody facing murder charges and probation has sought revocation of his supervised release (ECF No. 195), the Court finds that termination of supervised release is clearly not in the interest of justice and all of the § 3553(a) factors weigh against early termination. Defendant's requests (ECF Nos. 193, 196) are DENIED.

SO ORDERED on March 10, 2025.

                                                        s/ *Holly A. Brady*
                                                        CHIEF JUDGE HOLLY A. BRADY
                                                        UNITED STATES DISTRICT JUDGE